FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIRK L. WILLIAMS, | No. 2:25-CV-00276-SAB |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| UNITED STATES AIR FORCE BASE IN FAIRFAX and FILM FORMING FOAMS PROLAB, | |
| Defendants. | |

By Order filed September 2, 2025, the Court instructed Plaintiff Kirk L. Williams, an individual currently incarcerated at the Stafford Creek Corrections Center in Aberdeen, Washington, to comply with the *in forma pauperis* requirements of 28 U.S.C. § 1915(a)(1) and (2). ECF No. 9. Specifically, the Court instructed Plaintiff to submit a completed *in forma pauperis* application, as the Declaration and Application received on August 20, 2025, ECF No. 7, was still incomplete. Plaintiff did not comply with these instructions.

Rather, on September 17, 2025, Plaintiff filed a Motion/Request for Complaint to be transferred to Southern Carolina District, ECF No. 10.

Although granted the opportunity to do so, Plaintiff did not provide the documentation necessary to proceed *in forma pauperis* and he did not pay the

ORDER DISMISSING ACTION -- 1

1 filing fee. Therefore, the Court dismisses this action for non-payment of the filing

2 fee.

3      Accordingly, **IT IS HEREBY ORDERED:**

4      **1.**     This action is **DISMISSED WITHOUT PREJUDICE** for non-

5 payment of the filing fee as required by 28 U.S.C. § 1914.

6      **2.**     All pending Motions are **DENIED as moot.**

7      **3.**     The Clerk of Court shall **CLOSE** the file.

8      **4.**     The Court certifies that any appeal of this dismissal would not be

9 taken in good faith.

10      **IT IS SO ORDERED**.  The Clerk of Court is directed to enter this Order,

11 enter judgment, and provide copies to Plaintiff.

12      **DATED** this 2nd day of October 2025.

13

14

15 

16                    Stan Bastian
                    Chief United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING ACTION -- 2